# United States District Court
## Western District of North Carolina
## Statesville Division

| | | |
|---|---|---|
| **Jennifer Irene Brown,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 5:17-cv-00152-MOC |
| | ) | 5:15-cr-00050-MOC-DSC |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| | ) | |
| Respondent, | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 21, 2018 Order.

May 21, 2018

Frank G. Johns, Clerk
United States District Court